**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

HAYWARD INDUSTRIES, INC.,

Plaintiff,

v. Case No: 3:26-cv-150-MOC-DCK

AQUAMD LLC d/b/a AQUALANCE, AQUAMAID POOL TECHS INC. d/b/a AQUAMAID POOL TECHS and/or PINCH ME POOLS, POOL QUIP LLC d/b/a PINCH ME POOLS and/or POOLQUIP, POOL QUIP INC. d/b/a PINCH ME POOLS and/or POOLQUIP, and LANCE JONES,

Defendants.
_________________________________/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

AQUAMD LLC d/b/a AQUALANCE who is a Defendant makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?

[] Yes [X] No

2. Does the party have any parent corporations?

[] Yes [X] No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?

[] Yes [X] No

If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

[] Yes [X] No

If yes, identify entity and nature of interest:

5. Is the party a trade association?

[] Yes [X] No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A

This the 10th day of April, 2026.

Respectfully submitted,

*/s/ Samuel Alexander Long, Jr.*
Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
Christina Davidson Trimmer (N.C. Bar No. 44857)
Laura Pasternak (N.C. Bar No. 54137)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon St., Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: 704-945-2911
Fax: 704-332-1197
Email: along@shumaker.com
ctrimmer@shumaker.com
lpasternak@shumaker.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, the foregoing was electronically filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*_/s/ Samuel Alexander Long, Jr._*

Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
SHUMAKER, LOOP, & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2911
Fax: 704-332-1197
Email: along@shumaker.com