**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| HAYWARD INDUSTRIES, INC,<br><br>Plaintiff,<br><br>v.<br><br>AQUAMD LLC *d/b/a* AQUALANCE; AQUAMAID POOL TECHS INC *d/b/a* AQUAMAID POOL TECHS and/or PINCH ME POOLS; POOL QUIP LLC *d/b/a* PINCH ME POOLS and/or POOLQUIP; POOL QUIP INC *d/b/a* PINCH ME POOLS and/or POOLQUIP; and LANCE JONES<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO.: 3:26-cv-00150-MOC-DCK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned parties stipulate that this matter, having been resolved amicably without the need for further judicial intervention, shall be dismissed with prejudice and with each party bearing its own attorneys' fees and costs and waiving all rights of appeal.

Respectfully submitted this the 31st day of July 2026,

| | |
|---|---|
| HAYWARD INDUSTRIES, INC.<br>By its attorneys,<br><br>*/s/ Patrick Grayson Spaugh*<br>Patrick Grayson Spaugh (N.C. Bar No. 49532),<br>**Womble Bond Dickinson (US) LLP**<br>One Wells Fargo Center<br>Suite 3500<br>301 South College Street, Suite 3500<br>Charlotte, NC 28202<br>Patrick.Spaugh@wbd-us.com | DEFENDANTS AQUAMD LLC et al.<br>By their attorneys,<br><br>*/s/ Christina Davidson Trimmer*<br>Christina Davidson Trimmer<br>(N.C. Bar No. 44857)<br>Samuel Alexander Long, Jr.<br>(N.C. Bar No. 46588)<br>Laura Pasternak (N.C. Bar No. 54137)<br>**SHUMAKER, LOOP & KENDRICK, LLP**<br>101 South Tryon St., Suite 2200<br>Charlotte, North Carolina 28280-0002<br>Telephone: 704-945-2911 |

| | |
|---|---|
| Erik Paul Belt<br>Anne E. Shannon<br>**McCARTER & ENGLISH, LLP**<br>265 Franklin Street<br>Boston, Massachusetts 02110<br>Tel: (617) 449-6500<br>ebelt@mccarter.com<br>ashannon@mccarter.com | Fax: 704-332-1197<br>Email: ctrimmer@shumaker.com<br>along@shumaker.com<br>lpasternak@shumaker.com |